# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GREG BRENT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STERLING INFOSYSTEMS, INC., ET AL., ) <br> ) <br> Defendants. ) | Civil No. 3:16-cv-01748 <br> Judge Trauger |

## ORDER

On May 12, 2017, the magistrate judge issued a Report and Recommendation (Docket No. 45), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 15th day of June 2017.

_____
ALETA A. TRAUGER
U.S. District Judge